Christopher A. Carr (# 44444)
ccarr@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900 | Fax: (626) 577-7764

Attorneys for Plaintiff
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>H&D EASY CASH, INC., a corporation; ASHRAF M. ALY, an individual; KRUPA JAVERI, an individual; KETAN JAVERI, an individual; AVAK T. MIRAN MOSSES, an individual; AWATEF MOHAMED ABAS MOHARAM, an individual; and DOES 1-20, inclusive;<br><br>Defendants. | 2:14-CV-06156-JAK-CW<br><br>**DECLARATION OF CHRISTOPHER A. CARR RE ELECTRONIC SERVICE OF COURT ORDER** |

I, Christopher A. Carr, declare:

1. I am the attorney of record for plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"). I make this declaration in compliance with this Court's Order of August 28, 2014. I have personal knowledge of the matters set forth below and if called as a witness, I could and would testify correctly and competently as to the truth of all said matters.

2. The subject Order required me to electronically send a copy of said Order

to defendants Ketan Javeri and Krupa Javeri. At 2:12 p.m. today, August 28, 2014, I sent the attached electronic transmission to those defendants at the e-mail address listed on the Request for Extension (Docket #16) previously filed by said defendants.

I declare under penalty of perjury of the laws of California and the United States of America the foregoing is true and correct.

DATED: August 28, 2014, at Pasadena, California.

/s/ *Christopher A. Carr*
Christopher A. Carr

## Christopher A. Carr

**From:** Christopher A. Carr
**Sent:** Thursday, August 28, 2014 2:12 PM
**To:** 'kjaveri@earthlink.net'
**Subject:** Wells Fargo vs. H&D Easy Cash
**Attachments:** 0828 Order (00938035).pdf

**Follow Up Flag:** Copied to Worldox (Litigation\92980\000606\00938045.MSG)

I am attaching a copy of an Order entered by the court today. This means you have until September 30, 2014 to file a pleading responding to Wells Fargo's complaint.

**Christopher A. Carr**
Telephone: 626-535-1900
Facsimile: 626-577-7764
E-Mail: ccarr@afrct.com
**AFRCT, LLP**
199 So. Los Robles Ave., #600
Pasadena, CA 91101

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Sent using 100% recycled electrons.

Any tax advice in this e-mail message is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding tax penalties.

Christopher A. Carr

**From:** cacd_ecfmail@cacd.uscourts.gov
**Sent:** Thursday, August 28, 2014 1:45 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:14-cv-06156-JAK-CW Wells Fargo Bank, N.A. v. H&D Easy Cash, Inc. et al Text Only Scheduling Notice

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 8/28/2014 at 1:44 PM PDT and filed on 8/28/2014
**Case Name:**    Wells Fargo Bank, N.A. v. H&D Easy Cash, Inc. et al
**Case Number:**  2:14-cv-06156-JAK-CW
**Filer:**
**Document Number:** 20(No document attached)

**Docket Text:**
(IN CHAMBERS) ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION (DKT. 16) by Judge John A Kronstadt: The Court GRANTS the Request for an extension of time for pro se Defendants' Krupa Javeri and Ketan Javeri to file an answer to the Complaint. Defendants shall file the answer on or before September 30, 2014. No further extensions will be granted absent a substantial showing of exigent circumstances that could not have been reasonably anticipated. Plaintiff's counsel shall give telephonic or electronic notice of this Order to pro se Defendants by August 29, 2014 and file a proof of service. [16] THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ake) TEXT ONLY ENTRY

**2:14-cv-06156-JAK-CW Notice has been electronically mailed to:**

Christopher Alan Carr    ccarr@afrct.com, afrctecf@afrct.com, cdaniel@afrct.com, ghernandez@afrct.com, hsaller@afrct.com

**2:14-cv-06156-JAK-CW Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Ketan Javeri
14569 Flagstone Court
Chino Hills, CA 91709

Krupa Javeri
14569 Flagstone Court
Chino Hills, CA 91709

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**DECLARATION OF CHRISTOPHER A. CARR RE ELECTRONIC SERVICE OF COURT ORDER**

on the interested parties in said case as follows:

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**Served By Means Other than Electronically Via the Court's CM/ECF System**

*Ketan Javeri*
*Krupa Javeri*
*Defendants in Pro Per*

Ketan Javeri
Krupa Javeri
14569 Flagstone Court
Chino Hills, CA 91709

(909) 525-6969
(909) 569-7627

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on August 28, 2014.

| Christine Daniel | /s/ Christine Daniel |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |