Christopher A. Carr (# 44444)
ccarr@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
 CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900 | Fax: (626) 577-7764

Attorneys for Plaintiff
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>H&D EASY CASH, INC., a corporation; ASHRAF M. ALY, an individual; KRUPA JAVERI, an individual; KETAN JAVERI, an individual; AVAK T. MIRAN MOSSES, an individual; AWATEF MOHAMED ABAS MOHARAM, an individual; and DOES 1-20, inclusive;<br><br>Defendants. | 2:14-CV-06156-JAK-CW<br><br>**DECLARATION OF CHRISTOPHER A. CARR RE MOTION FOR DEFAULT JUDGMENT** |

I, Christopher A. Carr, declare:

1. I am an attorney with Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, counsel for plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"). I make this declaration in response to this Court's Order of September 12, 2014. I have personal knowledge of the matters set forth below and if called as a witness, I could and would testify correctly and competently as to the truth of all said matters.

2. The subject Order required me to file a motion for default judgment as to two of the defendants, Avak T. Miran Mosses ("Mosses") and H&D Easy Cash, Inc. ("H&D") on or before October 17, 2014.

3. Rule 54(b) of the Federal Rules of Civil Procedure provides that when multiple parties are involved (as they are here), the court may direct entry of judgment as to one or more, but fewer than all, claims or parties "only if the court expressly determines that there is no just reason for delay".  In this situation, there is just reason for delay.

4. The Complaint alleges that all the named defendants participated in a fraudulent scheme to illegally obtain United States Treasury checks, forge the endorsement of the payees thereon, and deposit same to an account held by H&D at Wells Fargo (Complaint, ¶15).  Thus, the liability of the defendants, if proven, is joint, rather than several.  It is not proper to enter a judgment against a defaulting defendant if the action continues on against other defendants who are jointly liable with the defaulting defendant. *In re First T.D. & Invest, Inc.*, 253 F.3d 520, 532 (9th Cir. 2001).

5. In addition, investigation to date has shown that H&D is no longer transacting business and Mosses has moved with no forwarding address since being served with the Complaint in August, 2014; as a result, a judgment against either of them is probably of little practical value.  Ketan Javeri and Krupa Javeri have answered the Complaint and Wells Fargo anticipates resolving the situation with them in the near future.  Meanwhile, all leads to the present whereabouts of Asharf Aly ("Aly") and his mother Awatef Mohamaed Abas Moharam ("Moharam") have been exhausted without result; consequently Wells Fargo is in the process of applying for an order to serve them by publication.

6. It is respectfully requested that the Court order that just cause exists for delay in the entry of judgment against H&D and Mosses and that judgment not be

entered until (a) the publication process has run its course and either the default of Aly and Moharam entered or they have filed a responsive pleading, and (b) the matter has been resolved with Ketan Javeri and Krupa Javeri.

I declare under penalty of perjury of the laws of California and the United States of America the foregoing is true and correct.

DATED: October 14, 2014, at Pasadena, California.

                                       /s/ *Christopher A. Carr*
                                          Christopher A. Carr

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**DECLARATION OF CHRISTOPHER A. CARR
RE MOTION FOR DEFAULT JUDGMENT**

on the interested parties in said case as follows:

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**Served By Means Other than Electronically Via the Court's CM/ECF System**

*Ketan Javeri*
*Krupa Javeri*
*Defendants in Pro Per*

Ketan Javeri
Krupa Javeri
14569 Flagstone Court
Chino Hills, CA 91709

(909) 525-6969
(909) 569-7627

_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on October 16, 2014.

| Christine Daniel | */s/ Christine Daniel* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |