Leigh O. Curran (# 173322)
lcurran@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
 CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Tel: (626) 535-1900 | Fax: (626) 577-7764
Pasadena, California 91101-2459
Attorneys for Plaintiff
WELLS FARGO BANK, N.A.,
a national banking association

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>H&D EASY CASH, INC., a corporation; ASHRAF M. ALY, an individual, also known as Ashrf M. Aly; KRUPA JAVERI, an individual; KETAN JAVERI, an individual; AVAK T. MIRAN MOSSES, an individual; AWATEF MOHAMED ABAS MOHARAM, an individual; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO.: 2:14-CV-06156-JAK-CW<br>[*Assigned to the Hon. John A. Kronstadt*]<br><br>**EX PARTE APPLICATION OF PLAINTIFF WELLS FARGO BANK, N.A. FOR EXTENSION OF DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT**<br><br>[Filed with Declaration of Benita Sheffield] |

TO THE HONORABLE JOHN A. KRONSTADT:

Plaintiff Wells Fargo Bank, N.A. hereby applies, on an *ex parte* basis for an order extending Wells Fargo's deadline to file a motion for default judgment regarding H&D Easy Cash, Avak Mosses, Ashrf Aly, and Awatef Moharam from February 23, 2015 to June 15, 2015.

This application is based on the following:

By order dated January 14, 2015, this Court ordered Wells Fargo to file

1  motions for default judgment regarding all of the defendants "on or before
2  February 23, 2015, which shall be set for hearing consistent with the Court's
3  Motion Calendar." Dkt. #50.
4       Fed. R. Civ. P. 6(b) provides: "When an act may or must be done within a
5  specified time, the court may, for good cause, extend the time: (A) with or without
6  motion or notice if the court acts, or if a request is made, before the original time or
7  its extension expires . . . ."
8       Good cause exists to extend the deadline for filing a motion for default
9  judgment to June 15, 2015.
10      This case arose out of a Wells Fargo checking account maintained by H&D
11 (the "Account"). Between June and November 2013, defendants acquired
12 possession of U.S. Treasury checks that were made payable to persons entitled to
13 income tax refunds. Defendants deposited these checks into the Account after
14 having allegedly cashed same for payees. Then, defendants made large cash
15 withdrawals. Declaration of Benita Sheffield, ¶¶ 4.
16      Sometime later, the U.S. Treasury discovered that the checks bore a
17 questionable or allegedly fraudulent signature, and it made claims to Wells Fargo
18 for refunds. Wells Fargo has paid these claims, and it continues to pay these
19 claims. Wells Fargo's damages are calculated based on the amounts that it paid
20 out to the U.S. Treasury. Sheffield Dec., ¶ 5.
21      Defendants deposited more than $2.4 million in U.S. Treasury Checks
22 between June and November 2013. Wells Fargo has paid more than $600,000 in
23 claims and expects to pay additional claims. Sheffield Dec., ¶ 6.
24      The U.S. Treasury has an 18-month period to make a claim to Wells Fargo
25 for a refund. Because the last of the fraudulent deposits were made in November
26 2013, there is a potential that Wells Fargo may receive claims from the U.S.
27 Treasury through May 2015. Sheffield Dec., ¶ 7.
28      Wells Fargo respectfully requests that it be permitted to file its motion for

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

default judgment after June 15, 2015. This extension will allow Wells Fargo to present complete evidence of all of the refund payments it made as the result of defendants' conduct alleged in the complaint.

There are no remaining defendants who have appeared in this action, so there no parties who need to be given *ex parte* notice of this application.

Respectfully submitted,

Dated: February 19, 2015

ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP

By: /s/ Leigh O. Curran
Leigh O. Curran
lcurran@afrct.com
Attorneys for Plaintiff
WELLS FARGO BANK, N.A.