Leigh O. Curran (# 173322)
lcurran@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
 CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900 | Fax: (626) 577-7764

Attorneys for Plaintiff
WELLS FARGO BANK, N.A.,
a national banking association

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>H&D EASY CASH, INC., a corporation; ASHRAF M. ALY, an individual, also known as Ashrf M. Aly; KRUPA JAVERI, an individual; KETAN JAVERI, an individual; AVAK T. MIRAN MOSSES, an individual; AWATEF MOHAMED ABAS MOHARAM, an individual; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO.: 2:14-CV-06156-JAK-CW<br>[*Assigned to the Hon. John A. Kronstadt*]<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT** |

The motion of plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") for entry of a default judgment in favor of Wells Fargo and against defendants H&D Easy Cash, Inc. ("H&D"), Avak T. Miran Mosses ("Mosses"), and Ashraf M. Aly ("Aly") (collectively, the "defendants") came on regularly for hearing on April 27, 2015.

After considering memorandum of points and authorities, the supporting

1  evidence, and the pleadings and papers on file with the Court, IT IS ORDERED
2  that Wells Fargo's motion is GRANTED.

5  Dated: _____, 2015

   _____
   THE HON. JOHN A. KRONSTADT
   UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**

on the interested parties in said case as follows:

**Served By Means Other than Electronically Via the Court's CM/ECF System**

Thaddeus J. Culpepper
407 E. Woodbury Road
Pasadena, CA 91104

**Attorney for Defendant Awatef Mohamed Moharam**

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on February 23, 2015.

| Kimberly A. Wooten | */s/ Kimberly A. Wooten* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |