N

E

K