Leigh O. Curran (# 173322)
lcurran@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
 CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900 | Fax: (626) 577-7764

Attorneys for Plaintiff
WELLS FARGO BANK, N.A.,
a national banking association

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>H&D EASY CASH, INC., a corporation; ASHRAF M. ALY, an individual, also known as Ashrf M. Aly; KRUPA JAVERI, an individual; KETAN JAVERI, an individual; AVAK T. MIRAN MOSSES, an individual; AWATEF MOHAMED ABAS MOHARAM, an individual; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO.: 2:14-CV-06156-JAK-CW<br><br>**SUPPLEMENTAL DECLARATION OF LEIGH O. CURRAN**<br><br>DATE:         April 27, 2015<br>TIME:         8:30 a.m.<br>COURTROOM:   750 (Roybal)<br><br>[*Assigned to the Hon. John A. Kronstadt*] |

I, LEIGH O. CURRAN, declare as follows:

1.     I am an attorney at law licensed to practice before this Court and am a Partner in the law firm of Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, counsel of record for Plaintiff Wells Fargo Bank, N.A. I have personal knowledge of the matters stated below.

2.     Attached as <u>Exhibit C</u> is a table summarizing the attorneys' fees Wells Fargo is seeking in this case. The table reflects only time expended by four

attorneys (Flewelling, Carr, Telles, and Curran), as well as one paralegal (Saller). Wells is amending its request to eliminate fees charged by other attorneys and paralegals. Furthermore, after further review of the invoices, I have ascertained that certain time entries will not be sought, or the amounts should be reduced. Accordingly, the table now reflects a request of **$28,991.** (The original request was $32,955.60.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed on April 13, 2015 at Pasadena, California.

                                        */s/ Leigh O. Curran*
                                        LEIGH O. CURRAN

EXHIBIT C

Wells Fargo v. H4/13/2015 Easy Cash
Attorney Fee Summary

| Attorney | Rate | Hours by Task | | Totals | |
|---|---|---|---|---|---|
| | | Task | Total Hours Spent By Attorney On Task | | |
| **Flewelling, Mark T.** <br> **Partner** | $350 | | | Hours: | 6.50 |
| | | | | Amount: | $2,275.00 |
| | | Early analysis of dispute, documents, and other evidence | 2.20 | | |
| | | Develop case strategy and supervise case | 1.30 | | |
| | | Advice re: self-help remedies re: safe deposit boxes | 0.40 | | |
| | | Analysis of pleadings and strategy | 0.70 | | |
| | | Witness meeting | 0.50 | | |
| | | Analysis/strategy re: service by publication | 1.00 | | |
| | | Status conference strategy | 0.20 | | |
| | | Analyze issues related to default | 0.20 | | |
| **Curran, Leigh O.** <br> **Partner** | $330 | | | Hours: | 32.50 |
| | | | | Amount: | $10,725.00 |
| | | Analysis of dispute, documents, and other evidence | 1.60 | | |
| | | Work on joint report to court and prepare for status conference | 5.80 | | |
| | | Inteview Javeris, prepare declarations | 6.00 | | |
| | | Settlement with Javeris | 0.40 | | |
| | | Efforts to locate missing defendants (Aly and Moharam) | 0.70 | | |
| | | Application for service by publication | 9.00 | | |
| | | Motion for default judgment | 9.00 | | |

SUPPLEMENTAL CURRAN DECLARATION
ISO DEFAULT JUDGMENT
PAGE 3

Wells Fargo v. H&D Easy Cash
Attorney Fee Summary

| Attorney | Rate | Hours by Task | | Totals | |
|---|---|---|---|---|---|
| | | Task | Total Hours Spent By Attorney On Task | | |
| **Carr, Christopher, A** **Associate** | $320 | | | Hours: | 39.40 |
| | | | | Amount: | $12,608.00 |
| | | Early analysis of dispute, documents, and other evidence | 8.00 | | |
| | | Develop case strategy; communicate w/client | 4.60 | | |
| | | Self-help remedies available to bank re: safe deposit boxes | 3.00 | | |
| | | Prepare federal court complaint | 7.60 | | |
| | | Javeri's request for further time to respond to complaint | 0.90 | | |
| | | Efforts to locate missing defendants; resolve service issues | 2.70 | | |
| | | Communicate w/ Javeris & counsel | 5.50 | | |
| | | Review answer filed by Javeris | 1.90 | | |
| | | Default against Mosses & H&D Easy Cash | 0.60 | | |
| | | Prepare for case management conference | 0.90 | | |
| | | Deposition subpoenas | 0.80 | | |
| | | Resolve issues re: service on def. Mosses | 0.30 | | |
| | | Respond to court order re: default judgment | 1.20 | | |
| | | Review court's standing order | 1.40 | | |
| **Telles, Steven R.** **Associate** | $260 | | | Hours: | 5.00 |
| | | | | Amount: | $1,300.00 |
| | | Research & analyze self-help remedies re: safe deposit boxes | 5.00 | | |

Wells Fargo v. H4/13/2015 Easy Cash
Attorney Fee Summary

| Attorney | Rate | Hours by Task | | Totals | |
|---|---|---|---|---|---|
| | | Task | Total Hours Spent By Attorney On Task | | |
| **Saller, Helene P.** **Paralegal** | $160 | | | Hours: | 12.80 |
| | | | | Amount: | $2,048.00 |
| | | Prepare initial filings (complaint, civil cover sheet, summons, notice of | 2.20 | | |
| | | Research to locate service addresses for defendants | 3.50 | | |
| | | Service of summons on defendants | 1.10 | | |
| | | Requests for entry of default | 1.00 | | |
| | | Prepare deposition subpoenas | 0.90 | | |
| | | Application for service by publication | 1.50 | | |
| | | Motion for default judgment | 2.60 | | |
| **TOTAL** | | | | Hours: | 96.20 |
| | | | | Amount: | $28,956.00 |

3

SUPPLEMENTAL CURRAN DECLARATION
ISO DEFAULT JUDGMENT
PAGE 5

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**SUPPLEMENTAL DECLARATION OF LEIGH O. CURRAN**

on the interested parties in said case as follows:

**Served By Means Other than Electronically Via the Court's CM/ECF System**

Thaddeus J. Culpepper
407 E. Woodbury Road
Pasadena, CA 91104

**Attorney for Defendant Awatef Mohamed Moharam**

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on April 13, 2015.

| Kimberly A. Wooten | */s/ Kimberly A. Wooten* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |