UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV14-06156 JAK (CWx) | Date | May 4, 2015 |
| Title | Wells Fargo Bank, N.A. v. H&D Easy Cash, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Leigh O. Curran | No Appearance |

**Proceedings:**     **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT BY THE COURT (DKT. 55)**

The motion hearing is held. The Court states its tentative views that it is inclined to grant in part Plaintiff's Motion for Default Judgment by the Court (the "Motion"). Counsel addresses the Court. The Court GRANTS the Motion and directs Plaintiff to lodge a proposed judgment in accordance with its ruling on or before May 11, 2015.

The Court has received the parties' Stipulation to Set Aside Default of Awatef Mohamed Abas Moharam ("Moharam") (the "Stipulation"). The Court enters default against Moharam but stays the entry of judgment until May 11, 2015, to permit Plaintiff's counsel to confer with defense counsel to determine what relief, if any, should be granted.

**IT IS SO ORDERED.**

|  | : | 15 |
|---|---|---|
| Initials of Preparer | ak | |