UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>    Plaintiff,<br><br>v.<br><br>H&D EASY CASH, INC., a corporation; ASHRAF M. ALY, an individual, also known as Ashrf M. Aly; KRUPA JAVERI, an individual; KETAN JAVERI, an individual; AVAK T. MIRAN MOSSES, an individual; AWATEF MOHAMED ABAS MOHARAM, an individual; and DOES 1-20, inclusive,<br><br>    Defendants. | CASE NO.: 2:14-CV-06156-JAK-CW<br>[*Assigned to the Hon. John A. Kronstadt*]<br><br>**JUDGMENT AGAINST DEFENDANTS H&D EASY CASH, INC., ASHRAF M. ALY, AND AVAK T. MIRAN MOSSES (FED. R. CIV. P. 54(b))** |

On May 14, 2014, the Court granted the motion of plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") for default judgment against defendants Ashraf M. Aly, also known as Ashrf M. Aly ("Aly"), H&D Easy Cash, Inc. ("H&D"), and Avak T. Miran Mosses ("Mosses") (Dkt. #74), and on June 11, 2015, granted Wells Fargo's request under Fed. R. Civ. P. 54(b) for immediate entry of judgment against those defendants only (Dkt. #78 at 5).

*Anglin Flewelling Rasmussen Campbell & Trytten LLP*

1  NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED
2  THAT plaintiff Wells Fargo shall have an recover against defendants Aly, H&D,
3  and Mosses, jointly and severally, the sum of **$684,215.87** ($668,523.87, plus
4  attorneys' fees of $15,692.00 ), plus interest thereon at the rate of ten percent
5  (10%) per annum from the date of entry of this judgment until paid.

Dated: October 1, 2015

HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE