UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>H&D EASY CASH, INC., a corporation; ASHRAF M. ALY, an individual, also known as Ashrf M. Aly; KRUPA JAVERI, an individual; KETAN JAVERI, an individual; AVAK T. MIRAN MOSSES, an individual; AWATEF MOHAMED ABAS MOHARAM, an individual; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO.: 2:14-CV-06156-JAK-CW<br>[*Assigned to the Hon. John A. Kronstadt*]<br><br>**AMENDED JUDGMENT AGAINST DEFENDANTS H&D EASY CASH, INC., ASHRAF M. ALY, AVAK T. MIRAN MOSSES, AND AWATEF MOHAMED ABAS MOHARAM**<br><br>**JS-6** |

On May 14, 2015, the Court granted the motion of plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") for default judgment against defendants Ashraf M. Aly, also known as Ashrf M. Aly ("Aly"), H&D Easy Cash, Inc. ("H&D"), and Avak T. Miran Mosses ("Mosses") (Dkt. #74). On February 23, 2016, the Court granted Wells Fargo's motion for default judgment against defendant Awatef Mohamed Abas Moharam. (Dkt. #105).

1       IT IS THEREFORE IS ORDERED, ADJUDGED, AND DECREED THAT
2  plaintiff Wells Fargo shall have and recover:
3       1.   Against defendants Aly, H&D, Mosses, and Moharam, jointly and
4  severally, the sum of **$684,215.87**, plus interest thereon at the rate of ten percent
5  (10%) per annum from the date of entry of this judgment until paid.
6       2.   Against defendant Moharam only, the additional amount of
7  **$427,195.18**, plus interest thereon at the rate of ten percent (10%) per annum from
8  the date of entry of this judgment until paid.

Dated:  March 16, 2016

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE