1  Mark T. Flewelling (# 96465)
       mflewelling@lagerlof.com
2  Michael Rapkine (# 222811)
       mrapkine@lagerlof.com
3  Kaila M. Bradley (# 307863)
       kbradley@lagerlof.com
4  LAGERLOF, LLP
5  155 N. Lake Avenue, 11ᵗʰ Floor
   Pasadena, California 91101
6  Tel: (626) 793-9400
7  Fax: (626) 793-5900

8  Attorneys for Plaintiff and Judgment Creditor
   WELLS FARGO BANK, N.A.,
9  a national banking association

10              UNITED STATES DISTRICT COURT

11        CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

12

13  WELLS FARGO BANK, N.A., a        CASE NO.: 2:14-CV-06156-JAK-CW
    national banking association,
14                                   [*Assigned to the Hon. John A.*
              Plaintiff,             *Kronstadt*]
15
         v.                          **RENEWAL OF JUDGMENT BY**
16                                   **CLERK**
    H&D EASY CASH, INC., a
17  corporation; ASHRAF M. ALY, an
    individual, also known as Ashrf M. Aly;
18  KRUPA JAVERI, an individual;
    KETAN JAVERI, an individual; AVAK
19  T. MIRAN MOSSES, an individual;
    AWATEF MOHAMED ABAS
20  MOHARAM, an individual; and DOES
    1-20, inclusive,
21
              Defendants.
22

23

24        Plaintiff and judgment creditor Wells Fargo Bank, N.A. ("Plaintiff" or

25  "Wells Fargo") has filed an application for renewal of judgment against defendants

26  Ashraf M. Aly, also known as Ashrf M. Aly ("Aly"), H&D Easy Cash, Inc.

27  ("H&D"), Avak T. Miran Mosses ("Mosses"), and Awatef Mohamed Abas

28  Moharam ("Moharam"). Based upon the JUDGMENT (Dkt. 99) and AMENDED

1  JUDGMENT (Dkt. 115), the timely filing of the application, and pursuant to
2  F.R.C.P. 69(a) and California Code of Civil Procedure § 683.110 through §
3  683.320, and for good cause shown, Plaintiff's application for renewal of judgment
4  is GRANTED.

5      IT IS HEREBY ORDERED THAT:

6      1.    The judgment entered on October 1, 2015 and amended on March 16,
7  2016, in favor of plaintiff Wells Fargo Bank, N.A. and against defendants Ashraf
8  M. Aly, also known as Ashrf M. Aly, H&D Easy Cash, Inc., Avak T. Miran
9  Mosses and Awatef Mohamed Abas Moharam, jointly and severally, originally for
10 $684,215.87, is hereby renewed in the total amount of **$707,767.52**, and is
11 comprised of the following amounts:

12          a.  $705,441.74 principal balance;
13          b.  $2,325.78 accrued interest.

14     2.    The amended judgment entered on March 16, 2016, in favor of
15 plaintiff Wells Fargo Bank, N.A. and against defendant Awatef Mohamed Abas
16 Moharam, as his sole and separate liability, originally for $427,195.18. is hereby
17 renewed in the total amount of **$455,649.64**, and is comprised of the following
18 amounts:

19          a.  $454,061.04 principal balance;
20          b.  $1,588.60 accrued interest.

21     3.    This Renewal of Judgment extends the period of enforceability of the
22 Judgment and Amended Judgment until ten (10) years from the date the
23 Application was filed.

24

25     Dated:9-24-2025                    Yvette Louis

26

27

28

CASE NO.: 2:14-CV-06156-JAK-CW
RENEWAL OF JUDGMENT BY CLERK